Scott R Seideman (TBN 24004910)
The Seideman Law Firm, P.C.
701 Commerce Street, Suite 400
Dallas, Texas 75202
Telephone: (214) 752-0443
Fax: (214) 752-0449
sseid@seidlaw.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. 2:15-MD-02641-DGC<br><br>**SECOND AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND DEMAND FOR JURY TRIAL** |

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364). Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party:

    _____

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

    _____

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

    _____

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

    _____

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

    _____

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

    _____

7. District Court and Division in which venue would be proper absent direct filing:

    _____

8. Defendants (check Defendants against whom Complaint is made):
    - ☐ C. R. Bard Inc.
    - ☐ Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:
    - ☐ Diversity of Citizenship
    - ☐ Other: _____

    a. Other allegations of jurisdiction and venue not expressed in Master Complaint:

    _____
    _____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):
    - ☐ Recovery® Vena Cava Filter
    - ☐ G2® Vena Cava Filter
    - ☐ G2® Express Vena Cava Filter
    - ☐ G2® X Vena Cava Filter
    - ☐ Eclipse® Vena Cava Filter
    - ☐ Meridian® Vena Cava Filter

- 2 -

|     |     |                                                                                           |
| --- | --- | ----------------------------------------------------------------------------------------- |
|     | ☐   | Denali® Vena Cava Filter                                                                  |
|     | ☐   | Other: _____                                                     |
| 11. | Date of Implantation as to each product:                                                        |
|     | _____                                          |
|     | _____                                          |
| 12. | Counts in the Master Complaint brought by Plaintiff(s):                                         |

    ☐    Count I:    Strict Products Liability – Manufacturing Defect

    ☐    Count II:    Strict Products Liability – Information Defect (Failure to Warn)

    ☐    Count III:    Strict Products Liability – Design Defect

    ☐    Count IV:    Negligence - Design

    ☐    Count V:    Negligence - Manufacture

    ☐    Count VI:    Negligence – Failure to Recall/Retrofit

    ☐    Count VII:    Negligence – Failure to Warn

    ☐    Count VIII:    Negligent Misrepresentation

    ☐    Count IX:    Negligence *Per Se*

    ☐    Count X:    Breach of Express Warranty

    ☐    Count XI:    Breach of Implied Warranty

    ☐    Count XII:    Fraudulent Misrepresentation

    ☐    Count XIII:    Fraudulent Concealment

    ☐    Count XIV:    Violations of Applicable _____ (insert state) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

    ☐    Count XV:    Loss of Consortium

    ☐    Count XVI:    Wrongful Death

    ☐    Count XVII:    Survival

    ☐    Punitive Damages

☐ Other(s): _____ (please state the facts supporting this Count in the space immediately below)

_____
_____
_____
_____
_____
_____

13. Jury Trial demanded for all issues so triable?
    ☐ Yes
    ☐ No

RESPECTFULLY SUBMITTED this ____ day of _____, 20___.

**[SIGNATURE BLOCK]**

By: __/s/_____
    [Attorney name/address]

I hereby certify that on this ____ day of _____, 20___, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

/s/ _____

- 4 -

5/13/2019 www.azd.uscourts.gov/cgi-bin/generate_civil_js44.pl

Case 2:19-cv-00419-DCN Document 1 Filed 10/24/19 Page 5 of 6
Case 2:19-cv-03541-DGC Document 1-1 Filed 05/26/19 Page 1 of 2

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the District of Arizona.

**The completed cover sheet must be printed directly to PDF and filed as an attachment to the Complaint or Notice of Removal.**

---

| | |
|---|---|
| **Plaintiff(s): EDDY HUPP** | **Defendant(s): C.R. BARD, INC. ; BARD PERIPHERAL VASCULAR, INC** |
| County of Residence: Outside the State of Arizona | County of Residence: Outside the State of Arizona |
| County Where Claim For Relief Arose: Outside the State of Arizona | |
| Plaintiff's Atty(s): <br> SCOTT R. SEIDEMAN <br> THE SEIDEMAN LAW FIRM, P.C. <br> 701 COMMERCE STREET, SUITE 400 <br> DALLAS, Texas  75202 <br> 2147520443 | Defendant's Atty(s): <br> RICHARD B. NORTH <br> NELSON MULLINS RILEY & SCARBOROUGH, L.L.P. <br> 201 17TH STREET, NW, SUITE 1700, ATLANTIC STATION <br> ATLANTA, Georgia  30363 <br> 4043226000 |

---

II. Basis of Jurisdiction: **4. Diversity (complete item III)**

III. Citizenship of Principal Parties (Diversity Cases Only)
- Plaintiff:- **2 Citizen of Another State**
- Defendant:- **2 Citizen of Another State**

IV. Origin : **6. Multidistrict Litigation**

V. Nature of Suit: **365 Personal Injury - Product Liability**

VI. Cause of Action: **28 U.S.C. 1332 DIVERSITY: AN IVC FILTER MEDICAL DEVICE FAILED WHICH CAUSED INJURY TO THE PLAINTIFF**

VII. Requested in Complaint
- Class Action: **No**
- Dollar Demand: **GREATER THAN $75,000**
- Jury Demand: **Yes**

5/13/2019 www.azd.uscourts.gov/cgi-bin/generate_civil_js44.pl

Case 1:19-cv-00419-DCN Document 1 Filed 10/24/19 Page 6 of 6
Case 2:19-cv-03541-DGC Document 1 Filed 05/26/19 Page 2 of 2

VIII. This case **IS RELATED** to Case Number **2:15-md-02641** assigned to Judge **David G Campbell.**

Signature:  /s/ SCOTT R SEIDEMAN

Date:  MAY 26, 2019

**If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, save this form as a PDF and include it as an attachment to your case opening documents.**

Revised: 01/2014