IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| EDDY HUPP, an individual,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>C.R. BARD, INC. and BARD PERIPHERAL VASCULAR, INC.,<br><br>　　　　Defendants. | Case No: 1:19-cv-00419-DCN<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE** |

Pursuant to the Parties' Joint Stipulation of Dismissal Without Prejudice (Dkt. 13) and good cause appearing:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that this case is **DISMISSED WITHOUT PREJUDICE**, each party to pay their own costs. This dismissal does not toll or extend any applicable statute of limitations. This case is closed.

DATED: December 20, 2019

_____
David C. Nye
Chief U.S. District Court Judge

ORDER OF DISMISSAL WITHOUT PREJUDICE - 1